IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01896-RBJ-KLM

CAROL GILL-MULSON, and
JOHN H. WILLSON,

      Plaintiffs,

v.

EAGLE RIVER FIRE PROTECTION DISTRICT,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Unopposed Motion to Vacate Final Pretrial Conference Set for December 4, 2012** [Docket No. 46; Filed November 12, 2012] (the "Motion"). On June 1, 2012, the Court issued a Recommendation of United States Magistrate Judge [#37] on Defendant's Motion to Dismiss [#10]. On June 6, 2012, the District Judge issued an Order [#39] stating that Plaintiffs' responses to Defendant's "discovery requests are due thirty days after the Court decides the pending motion to dismiss." On June 15, 2012, Plaintiffs filed an Objection [#40] to the Recommendation of United States Magistrate Judge, which remains pending before the District Judge. In consideration of these circumstances,

      IT IS HEREBY **ORDERED** the Final Pretrial Conference set for December 4, 2012 at 10:30 a.m. is **VACATED** and **RESET** to **February 28, 2013** at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **February 22, 2013**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

      Dated: November 13, 2012