IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01896-RBJ-KLM

CAROL GILL-MULSON, and
JOHN H. WILLSON,

    Plaintiffs,

v.

EAGLE RIVER FIRE PROTECTION DISTRICT,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Vacate Final Pretrial Conference** [Docket No. 50; Filed January 31, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#50] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 28, 2013 at 11:00 a.m. is **VACATED**.

    Dated:  February 6, 2013