IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

**Civil Action No. 11-cv-01896-RM-KLM**

CAROL GILL-MULSON and JOHN H. WILLSON,

    Plaintiffs,

v.

EAGLE RIVER FIRE PROTECTION DISTRICT,

    Defendant.

---

**ORDER DISMISSING PLAINTIFF GILL-MULSON'S TITLE VII CLAIMS**

---

This Matter is before the Court on the Parties' Stipulation for Partial Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) (ECF No. 67) ("Stipulation") of certain claims from the First Amended Complaint (ECF No. 55). The Court, having reviewed the Stipulation and being fully advised, hereby ORDERS as follows:

    1. Plaintiff Gill-Mulson's Third Claim for Relief for wrongful termination and disparate treatment in violation of Title VII is DISMISSED WITH PREJUDICE.

    2. Plaintiff Gill-Mulson's Fourth Claim for Relief for retaliatory termination in violation of Title VII is DISMISSED WITH PREJUDICE.

DATED this 21st day of November, 2013.

                                                       BY THE COURT:

                                                       RAYMOND P. MOORE
                                                       United States District Judge