**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Nick Richards | Date: November 21, 2013 |
| Court Reporter: Tammy Hoffschildt | |

**CASE NO. 11-cv-01896-RM-KLM**

| Parties | Counsel |
|---|---|
| CAROL GILL-MULSON, and | Sander N. Karp (by phone) |
| JOHN H. WILLSON, | Anna S. Itenberg (by phone) |
| Plaintiffs, | |
| v. | |
| EAGLE RIVER FIRE PROTECTION DISTRICT, | Mark C. Overturf |
| Defendant. | |

### COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**
**COURT IN SESSION**: **1:00 p.m.**
Court calls case. Appearances of counsel.

Opening remarks by the Court.

Mr. Karp and Mr. Overturf discuss their respective cases.

Discussion regarding trial proceedings.

Discussion regarding Defendant Eagle River Fire Protection District's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [Doc. No. 69, filed August 12, 2013].

**ORDERED**: Defendant Eagle River Fire Protection District's Motion for Summary Judgment [69] is **DENIED** as stated on the record.

**ORDERED**: The jury trial set for January 6, 2013 at 9:00 a.m. is converted to a trial to the bench on the issue of promissory estoppel only.

**ORDERED**: Counsel shall submit briefs as described on the record on or before the close of business on December 2, 2013. Briefs shall be no more than three pages in length.

**ORDERED**: Two weeks prior to trial, the parties will provide witness and exhibits lists pertaining to the promissory estoppel issue only.

Question from Mr. Karp regarding the testimony of Mr. Ed O'Brien and Mr. Charles Moore.

**COURT IN RECESS**: **1:42 p.m.**
**Total in court time**: 00:42
**Hearing concluded**