IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE RAYMOND P. MOORE**

Civil Action No. 11-cv-01896-RM-KLM

CAROL GILL-MULSON, and
JOHN H. WILSON,

    Plaintiffs,

v.

EAGLE RIVER FIRE PROTECTION DISTRICT,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

    DATED at Denver, Colorado this 8th day of January, 2014.

                                 BY THE COURT:

                                 s/Raymond P. Moore
                                 Raymond P. Moore, U.S. District Judge

_/s/ Anna Henky_                  _/s/ Mark C. Overton_
Counsel for Plaintiff               Counsel for Defendant