**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-01896-RM-KLM

CAROL GILL-MULSON and JOHN H. WILLSON,

    Plaintiffs,

v.

EAGLE RIVER FIRE PROTECTION DISTRICT,

    Defendant.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER, having come before the Court on the Parties' Joint Motion for Dismissal with Prejudice, and the Court having been fully advised herein;

IT IS HEREBY ORDERED that the Motion is GRANTED and the case is hereby dismissed with prejudice, each party to pay its own costs and fees.

Dated this 7th day of April, 2014.

                                                                 BY THE COURT:

                                                        _____
                                                        JUDGE RAYMOND P. MOORE
                                                       United States District Judge